**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7221**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD JOSEPH PLUNKETT,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CR-94-353-DKC)

---

Submitted: January 9, 1997          Decided: January 23, 1997

---

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ronald Joseph Plunkett, Appellant Pro Se. Douglas Brooke Farquhar, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for the return of seized property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Plunkett</u>, No. CR-94-353-DKC (D. Md. June 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>